132 A.3d 422

BERMAN, SAUTER, RECORD & JARDIM, P.C., F/K/A RAMSEY BERMAN, P.C., PLAINTIFF, v. ART ROBINSON; AOR HOLD-INGS, INC.; ET AL., DEFENDANTS, AND DTH15, LLC, DE-FENDANT/THIRD–PARTY PLAINTIFF–RESPONDENT, v. HERSH, RAMSEY & BERMAN, P.C. ET AL., THIRD–PARTY DEFENDANTS–APPELLANTS, AND J. DAVID RAMSEY, ESQ.; AND EDWARD A. BERMAN, ESQ., THIRD–PARTY DEFEN-DANTS.

March 8, 2016.

The Court having granted appellants' petition for certification; and having reviewed the briefs and heard argument of the parties; and the Court having determined that the trial judge was not precluded by *Rule* 1:12–1 or the *Code of Judicial Conduct* from presiding over this matter; and further the Superior Court, Appellate Division, having ruled on that issue sua sponte without notice to the parties and an opportunity to be heard (*see Silviera–Francisco v. Board of Education of City of Elizabeth,* 224 *N.J.* 126, 129 *A.*3d 1032 (2016)); and the Court having determined that this appeal can be disposed of summarily; it is therefore

ORDERED that the judgment of the Superior Court, Appellate Division is reversed, and the matter is remanded to that court to

address the substantive arguments of the parties on the merits. Jurisdiction is not retained.